[No. 20497–1–I.   Division One.   March 14, 1988.]

INNIS ARDEN CLUB, INC., ET AL, *Respondents,* v. JOHN H. BINNS, JR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–09622–5, Anne L. Ellington, J., entered May 4, 1987. *Affirmed* by unpublished opinion per Williams, J., concurred in by Webster and Winsor, JJ.

[No. 19774–6–I.   Division One.   March 14, 1988.]

ALLSTATE INSURANCE COMPANY, *Respondent,* v. SONYA BATTAGLINO, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86–2–00333–5, David A. Nichols, J., entered December 12, 1986. *Reversed* by unpublished opinion per Williams, J., concurred in by Coleman, A.C.J., and Pekelis, J.

[No. 18995–6–I.   Division One.   March 14, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LOVELESS J. GOODEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–01887–3, Anne L. Ellington, J., entered August 12, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Grosse, J. Now published at 51 Wn. App. 615.